507 A.2d 368

COMMONWEALTH of Pennsylvania

v.

John HARVEY.

Supreme Court of Pennsylvania.

March 31, 1986.

Petition for Allowance of Appeal GRANTED, No. 48 E.D. Appeal Docket 1986.